UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————————

No. 24-3527

———————————————

Rhonda Burnett, et al.,

    Plaintiffs - Appellees,

v.

National Association of Realtors, et al.,

    Defendants-Appellees,

v.

Brown Harris Stevens, et al.,

    Intervenors-Appellees,

v.

Benny D. Cheatham, et al.,

    Objectors - Appellants.

———————————————

MOTION FOR EXTENSION OF TIME

———————————————

Objectors - Appellants, Benny D. Cheatham, et al., respectfully move this Court for an Order pursuant to Rule 26(6) for a thirty (30) day extension of time in which to file and serve their Reply Brief to be included in the Record on Appeal, which is presently due on November 19, 2025. Counsel for the moving parties have advised that Matthew W. Shealy, one of the attorneys for the Objectors,

passed away unexpectedly on November 1, 2025. Mr. Shealy was the attorney in charge of this case and was responsible for the filing of the Briefs in the case. Time has not yet expired for Objectors - Appellants to file and serve their Reply Brief. This motion is not made for the purpose of undue delay.

Patrick E. Knie and Mitch Slade, attorneys for Objectors - Appellants seek additional time for preparing the Reply Brief. With the requested extension, Objectors - Appellants' Reply Brief would be due on December 19, 2025.

PATRICK E. KNIE, P.A.

*/s/ Patrick E. Knie*
Patrick E. Knie (Federal I.D. 2370)
pknie@knielaw.com
P.O. Box 5159
250 Magnolia Street (29306)
Spartanburg, S.C. 29304
Telephone: (864) 582-5118
Telefax:    (864) 585-1615

Mitch Slade
MITCH SLADE LAW OFFICE, P.A.
Federal I.D. No. 5352
P.O. Box 1007
Spartanburg, S.C. 29304
Telephone: (864) 582-4212
mitch@mitchsladelaw.com

*Attorneys for Objectors - Appellants, Benny D. Cheatham, et al*.

November 18, 2025

CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(G)

I hereby certify that the foregoing complies with FRAP 32(G) by the use of Proportional Spaced Typeface Times New Roman Font in Font Size 14.

        PATRICK E. KNIE, P.A.

        */s/ Patrick E. Knie*
        Patrick E. Knie (Federal I.D. 2370)
        pat@knieshealy.com
        P.O. Box 5159
        250 Magnolia Street (29306)
        Spartanburg, S.C. 29304
        Telephone: (864) 582-5118
        Telefax:    (864) 585-1615